TAYLOR v. ASHBURN

No. 109P94

Case below: 112 N.C.App. 604

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 April 1994.